UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| BRODERICK VANCE BULLOCK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NURSE PRACTITION Medical, )<br>CLASSIFICATION SUPU, )<br>SUPU STAFF Sgt., Lt., Capt., )<br>REGIONAL DIAGNOSTIC CENTER, )<br>DENNIS REAGLE Warden, )<br>JESSICA HEWLETT Classification Head, )<br>CENTURION NURSE PRACTITIONER, )<br>DOCTOR CENTURION, )<br>)<br>Defendants. )<br>_____)<br>)<br>CRAIG GRAGE Warden of Plainfield, )<br>)<br>Interested Party. ) | No. 3:25-cv-00101-RLY-CSW |

**ORDER**

Plaintiff's *Motion* (Dkt. 36) is before this Court. For the reasons that follow, the *Motion* is **DENIED.**

Plaintiff's *Motion* alleges that Defendants have failed to respond to Plaintiff's discovery requests. (*Id.*). On July 21, 2025, the Court granted Plaintiff leave to conduct discovery on the names and contact information of the Defendants. (Dkt. 10). Plaintiff thereafter filed a motion requesting discovery (Dkt. 14), which the Court granted to the extent that Warden Grage was directed to treat the motion as a properly served discovery request and respond to it within 30 days of the Court's Order, making the response deadline September 15, 2025. (Dkt. 20).

On October 7, 2025, Plaintiff filed his *Motion to Compel*. (Dkt. 34). On October 14, 2025, Counsel for Interested Party, Dennis Reagle, filed his *Response in*

*Opposition* (Dkt. 35), noting that he submitted his response to Plaintiff's discovery requests on September 15, 2025. (*Id.*). Reagle's *Response* noted that based on Plaintiff's *Motion to Compel*, "it does not appear that he received these discovery responses." (*Id.*). Reagle further stated that "an additional copy of Reagle's responses to Plaintiff's discovery requests at Dkt. 14 was mailed to Plaintiff on the date of this filing." (*Id.*).

Plaintiff's *Motion* (Dkt. 36) is **denied without prejudice** to the extent that Plaintiff asks the Court to compel responses to his discovery requests and his request for this Court to enter a default judgment. As stated in Reagle's *Response*, Reagle met the September 15, 2025, discovery deadline and has mailed an additional copy of his discovery responses to Plaintiff on October 14, 2025. The **clerk is directed** to send a copy of the public docket sheet to Plaintiff.

**SO ORDERED.**

Date: October 27, 2025

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distribution:

BRODERICK VANCE BULLOCK
111916
BRANCHVILLE CORRECTIONALFACILITY
Inmate Mail/Parcels
21390 Old State Road 37
BRANCHVILLE, IN 47514

Distributed electronically to ECF registered counsel of record.