UNITED STATES District Court
Southern District of Indiana
Evansville Division

Broderick v. Bullock Sr
Plaintiff

No 3:25-cv-00101-RLY-CSW

v.

Dennis Reagle - Warden
R.D.C ET. AL
Defendant

SCANNED at BCF and Emailed on
10-29-25 by CM  5 pages.
(date)    (initials) (num)

FILED
10/29/2025
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

MOTION: Requesting Nam[e of]
Doctor, As ordered, By Courts, [of]
Hardware, In Right Ankle & [for]
Employee's Name's, Contracted [by]
Entity & Employer.

Come Now, Broderick v Bullock Sr
Not provided, me the Name's of
Practitian, & Doctor, Employed, B[y]
of the law Act, As the Entity, Con[tracted by]
the law's of the state. There Emplo[yee]
Bullock, Has not Been, Given, thos[e names]
Must As Instructed, To provide [those]
There Title's, With No Name's, s[  ]
or Not, In Compliance with the [  ]

---

The motion is DENIED to the extent that Plaintiff is directed to review this Court's Order issued on 10/27/25 (Dkt. 37). The Clerk is directed to send Plaintiff a copy of Dkt. 37 with his copy of this Order.

Crystal S. Wildeman
U.S. Magistrate Judge
Date: October 30, 2025

Distributed via U.S. Mail to:
BRODERICK VANCE BULLOCK
111916
BRANCHVILLE CORRECTIONALFACILITY
Inmate Mail/Parcels
21390 Old State Road 37
BRANCHVILLE, IN 47514

So Defendants, or not In Compliance with the Courts order's, which makes Defendant's In Default, Name's must Be provided, By state laws, of 3rd Party, Employed By I.D.O.C & All Medical Record's of plaintiff & x-Ray's & Names, of the two Entity's Employed Centurions By I.D.O.C & must provide Name's, If not provided, By Case law, 1983 color of Law Act, Bullock, hasn't obtained via R.D.C Dennis Reagle - Warden & I.D.O.C who Contracted Centurions & must follow state laws on providing name & x-Ray's Medical Record's A.S.A.P

10/28/2025
Submitted By
Broderick V. Bullock Sr
111916 B.C.F
Brodk Bullock